# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-2613

_____

Herbert R. Hawn, Jr.,                                    *
                                                          *
        Plaintiff - Appellee,                             *
                                                          *
        v.                                                *
                                                          *
B. Alan Sugg, in his official capacity as                *
President; Dr. Charles Hathway, in his                    *
official capacity as Chancellor; Bart R.                  *
Lindsey, James B. Blair, William E.                       *
Clark, Frances A. Cranford, Joe L.                        *
Hargrove, M.D., H. L. Hembree, III,                      *   Appeal from the United States
J. Thomas May, Frank W. Oldham, Jr.,                     *   District Court for the
Carl S. Whillock, in their official                      *   Eastern District of Arkansas.
capacity as members of the Board of                      *
Trustees of the University of Arkansas;                  *   **[UNPUBLISHED]**
University of Arkansas at Little Rock,                    *
                                                          *
        Defendants - Appellants.                          *
                                                          *
Lewis E. Epley, Jr., in his official                      *
capacity as a member of the Board of                      *
Trustees of the University of Arkansas,                   *
                                                          *
        Defendant,                                        *

_____

Submitted:  March 9, 1998
Filed:  November 20, 1998

_____

Before WOLLMAN and LOKEN, Circuit Judges, and BATAILLON,[*] District Judge.
_____

PER CURIAM.

The order of the district court denying defendants' motion for summary judgment on the grounds of Eleventh Amendment immunity is reversed, and the case is remanded for further proceedings not inconsistent with this court's opinion in Humenansky v. Regents of the University of Minnesota, 152 F.3d 822 (8th Cir. 1998), rehearing denied, No. 97-2302 (8th Cir. Nov. 3, 1998).

BATAILLON, District Judge, concurring.

I adhere to the views expressed in my dissent in Humenansky but agree that we are bound to follow that decision in this case.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[*]The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska, sitting by designation.